**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-2325**

———————

DIANA M. CAMPITELLI,

Plaintiff - Appellant,

versus

THOMAS L. OSBORNE; MARJORIE D. NESBITT,
Administrator, Human Resources; E. KENNEDY,
President, Kennedy Personnel Services; STEPHEN
KENNEDY; GISELE M. MATHEWS, Assistant Attorney
General, Maryland Department of
Transportation; ROGER D. FORD,

Defendants - Appellees,

and

PARRIS N. GLENDENING, Governor,

Defendant.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Benson Everett Legg, Chief District Judge.
(CA-00-2796-L)

———————

Submitted: April 24, 2003          Decided: May 13, 2003

———————

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

Diana M. Campitelli, Appellant Pro Se.  John Charles Bell, MARYLAND
DEPARTMENT OF TRANSPORTATION, Hanover, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Diana M. Campitelli appeals from the district court's order
denying relief in her employment discrimination action.  We have
reviewed the record and find no reversible error.  Accordingly,
although we grant Campitelli's motion to adopt her motion for leave
to proceed in forma pauperis filed in a prior appeal, we deny her
motion for leave to proceed in forma pauperis and dismiss on the
reasoning of the district court.  See Campitelli v. Glendening, No.
CA-00-2796-L (D. Md. Sept. 23, 2002).  We also deny Campitelli's
motions for default judgment and to expedite the appeal.  We
dispense with oral argument because the facts and legal contentions
are adequately presented in the materials before the court and
argument would not aid the decisional process.

DISMISSED